**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of Ohio** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Warrick, Raymond Edwin Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-0681** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8165 Startinggate Lane**<br>**Cincinnati, OH 45249** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Hamilton** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor **9405 Sutton Place**<br>(if different from street address above):   **Hamilton, OH 45011** |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which** |
|---|---|
| ■ Individual(s)  ☐ Railroad | **the Petition is Filed** (Check one box) |
| ☐ Corporation  ☐ Stockbroker | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Partnership  ☐ Commodity Broker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Other_____  ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)                                                THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Warrick, Raymond Edwin Jr.**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Raymond Edwin Warrick, Jr.**
Signature of Debtor **Raymond Edwin Warrick, Jr.**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 13, 2005**
Date

**Signature of Attorney**

X    **/s/ Eric W. Goering**
Signature of Attorney for Debtor(s)

**Eric W. Goering 0061146**
Printed Name of Attorney for Debtor(s)

**Goering & Goering**
Firm Name

**220 West Third Street**
**Cincinnati, OH 45202**
Address

**(513) 621-0912**
Telephone Number

**October 13, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

## Southern District of Ohio

In re    **Raymond Edwin Warrick, Jr.** _____,    Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 480,000.00 | | |
| B - Personal Property | Yes | 4 | 2,645.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 498,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 30,241.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 674,626.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,700.00 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 482,645.00 | | |
| Total Liabilities | | | | 1,202,867.94 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re     **Raymond Edwin Warrick, Jr.** _____ ,     Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8165 Startinggate Lane**<br>**Cincinnati, OH 45249**<br><br>**1st-283,000**<br>**2nd-215,00** | **Own** | **J** | **480,000.00** | **498,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **480,000.00** | (Total of this page) |
| Total > | **480,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Raymond Edwin Warrick, Jr.**                                            ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank- Business Checking (funds siezed)** | H | 0.00 |
| | | **Fifth Third Bank- Checking** | H | 10.00 |
| | | **US Bank- Checking** | H | 100.00 |
| | | **Fifth Third Bank- Business Checking (seized by bank)** | H | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 Interest: Living Room Set-200 Dinette-200 Family Room Set-100 3 TVs-100 2 VCRs-25 DVD-25 Stereo-25 Microwave-25 Bedroom Set-200 2 Guest Bedroom-200 2 Desks-100 3 Chairs-50 Book Shelf-25 2 Computers-150 Washer & Dryer-100 Lamps & End Tables-10** | - | 1,535.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | - | 200.00 |

Sub-Total >        1,845.00
(Total of this page)

___**3**___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Raymond Edwin Warrick, Jr.**                ,    Case No. _____

                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Rolex Watch** | - | **800.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **.380 pistol** | - | **0.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Banner Life Insurance  (Term)** | - | **0.00** |
| | | **Security-Connecticut Life Insurance (Term)** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner Warben Enterprises Group Inc- no assets** | - | **0.00** |
| | | **70% owner Cincinnati Education Company (9,747.80 AR- 10,000 Liability)** | - | **Unknown** |
| | | **100% owner Kenker Box Company- Debts exceed assets** | - | **0.00** |
| | | **90% owner Club Z Cincinnati Inc (Liabilities exceed assets)** | - | **Unknown** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Owed approx $119,000 for Kenker Box Company (collectability zero)** | - | **Unknown** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >      **800.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Raymond Edwin Warrick, Jr.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Raymond Edwin Warrick, Jr.**                                            ,      Case No. _____
                                      Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **2,645.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Raymond Edwin Warrick, Jr.**
_____,   Case No. _____
                                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **8165 Startinggate Lane** **Cincinnati, OH 45249** **1st-283,000** **2nd-215,00** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | **5,000.00** | **480,000.00** |
| **Household Goods and Furnishings** **1/2 Interest:** **Living Room Set-200** **Dinette-200** **Family Room Set-100** **3 TVs-100** **2 VCRs-25** **DVD-25** **Stereo-25** **Microwave-25** **Bedroom Set-200** **2 Guest Bedroom-200** **2 Desks-100** **3 Chairs-50** **Book Shelf-25** **2 Computers-150** **Washer & Dryer-100** **Lamps & End Tables-10** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **1,500.00** | **1,535.00** |
| **Wearing Apparel** **Wearing Apparel** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **200.00** | **200.00** |
| **Furs and Jewelry** **Rolex Watch** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(c)** | **800.00** | **800.00** |
| **Interests in Insurance Policies** **Banner Life Insurance  (Term)** | **Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10, 3911.12, 3911.14** | **100%** | **0.00** |
| **Security-Connecticut Life Insurance (Term)** | **Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10, 3911.12, 3911.14** | **100%** | **0.00** |
| **Other Exemptions** **Money including non exempt wages and money at Fifth Third Bank and US Bank** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **400.00** | **400.00** |
| **Any Property** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **400.00** | **400.00** |

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re   **Raymond Edwin Warrick, Jr.**                                               ,        Case No. _____
_____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2002 | | | | | |
| **ABN AMRO Mortgage Co** **2600 W Big Beaver Road** **Troy, MI 48084** | | | | 1st mortgage 8165 Startinggate Lane | | | | | |
| | | | | Value $              480,000.00 | | | | 283,000.00 | 0.00 |
| Account No. | | | | 2003 | | | | | |
| **Fifth Third Bank** **38 Fountain Square Plaza** **Cincinnati, OH 45202** | | | | 2nd mortgage 8165 Startinggate Lane | | | | | |
| | | | | Value $              480,000.00 | | | | 215,000.00 | 0.00 |
| Account No. | | | | NOTICE ONLY | | | | | |
| **Lynnette Warrick** **Coobligor at ABNAMRO** **8165 Startinggate Lane** **Cincinnati, OH 45249** | - | | | | | | | | |
| | | | | Value $                     0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | NOTICE ONLY | | | | | |
| **Jeremy Mason** **11340 Montgomery Road** **Suite 210** **attorney for 5/3rd** **Cincinnati, OH 45249** | - | | | | | | | | |
| | | | | Value $                     0.00 | | | | 0.00 | 0.00 |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | 498,000.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 498,000.00 |

Form B6E
(04/05)

In re   **Raymond Edwin Warrick, Jr.**                                           Case No. _____
                                                   ,
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

Form B6E - Cont.
(04/05)

In re    **Raymond Edwin Warrick, Jr.** _____,   Case No. _____

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Butler County Treasurer**<br>**315 High Street**<br>**10th Fl**<br>**Hamilton, OH 45011** | - | | **2005**<br><br>**Potential contingent liability from Kenker Box Company** | | | | 1,635.00 | 1,635.00 |
| Account No.<br><br>**State of Ohio**<br>**Department of Taxation**<br>**Attn: Bankruptcy Division**<br>**P O Box 530**<br>**Columbus, OH 43266-0030** | - | | **2005**<br><br>**Sales tax from Kenker Box Company(not yet assessed against principal)** | | | | 28,606.26 | 28,606.26 |
| Account No.<br><br>**State of Ohio**<br>**Office of Attorney General**<br>**Attn: Bankruptcy Staff**<br>**101 East Town Street**<br>**Columbus, OH 43215-5148** | - | | **NOTICE ONLY** | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 30,241.26 | |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 30,241.26 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                 Best Case Bankruptcy

Form B6F
(12/03)

In re    **Raymond Edwin Warrick, Jr.**                                                     ,      Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**3S Sales & Service**<br>**11278 Sebring Drive**<br>**Cincinnati, OH 45240** | | - | **2004**<br>**Potential Contingent Liabilty from Kenker Box Company** | | | | **65.27** |
| Account No.<br><br>**A & M Industrial Wood Products**<br>**2855 Mill Creek Road**<br>**Sidney, OH 45365** | | - | **2005**<br>**Potential Contingent Liabilty from Kenker Box Company** | | | | **3,036.40** |
| Account No. 5475-8434-8465-0013<br><br>**Advanta**<br>**P O Box 30715**<br>**Salt Lake City, UT 84130** | | - | **RA 3/05**<br>**Goods and Cash Advances** | | | | **3,734.22** |
| Account No.<br><br>**Alpha Packaging**<br>**10345 South Medallion Drive**<br>**Cincinnati, OH 45241** | | - | **2005**<br>**Potential Contingent Liabilty from Kenker Box Company** | | | | **23,101.35** |

|  |  |
|---|---|
| __18__ continuation sheets attached | Subtotal<br>(Total of this page) |
|  | **29,937.24** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                            S/N:20472-050728   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Raymond Edwin Warrick, Jr.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AM Shipping Supplies**<br>**7736 Reinhold Drive**<br>**Cincinnati, OH 45237** | - | | **2005**<br>**Potential Contingent Liabilty from Kenker Box Company** | | | | 2,537.94 |
| Account No. **371546131611009**<br><br>**American Express**<br>**P O Box 297814**<br>**Fort Lauderdale, FL 33329** | - | | **2005**<br>**goods & cash advances** | | | | 30,164.95 |
| Account No.<br><br>**Aqua Perfect**<br>**P O Box 13604**<br>**Philadelphia, PA 19101** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 177.30 |
| Account No.<br><br>**B & B SAW**<br>**6071 Branch Holl Guinea Pike Suite D**<br>**Milford, OH 45150** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 382.96 |
| Account No. **4305-4923-0010-5783 *see below**<br><br>**Bank America**<br>**P O Box 5270**<br>**Carol Stream, IL 60197-5270** | - | | **RA 3/05**<br>**Goods and Cash Advances**<br>***4305-5003-1703-8571**<br>***4427-1030-2328-5488** | | | | 22,225.46 |

Sheet no. __**1**___ of __**18**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,488.61

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Raymond Edwin Warrick, Jr.**                                        ,          Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **BGR Inc 6392 Grano Road West Chester, OH 45069** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 552.68 |
| Account No. **BlueLinx Corporation P O Box 93560 Chicago, IL 60673** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 7,528.45 |
| Account No. **Bond Electric P O Box 18610 Erlanger, KY 41018-0610** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 654.00 |
| Account No. **Brehob Corporation P O Box 2023 Indianapolis, IN 46206** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 321.96 |
| Account No. **Burlington Lumber Company P O Box 150 Russellville, AL 35653** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 32,032.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **41,089.09**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Raymond Edwin Warrick, Jr.** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Butler Country DES<br>130 High Street<br>Hamilton, OH 45011** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 140.04 |
| Account No. **4802-1317-6601-1048 *see below**<br><br>**Capital One Bank<br>PO Box 26094<br>Richmond, VA 23260** | - | | | | **RA 7/05<br>Goods and Cash Advances<br>*781260-2178856403** | | | | 20,464.40 |
| Account No. **5491-0405-5481-8100 *see below**<br><br>**Chase<br>P O Box 15904<br>Wilmington, DE 19886-5904** | - | | | | **RA 3/05<br>Goods and Cash Advances<br>*5184-4501-1017-7817** | | | | 36,986.67 |
| Account No.<br><br>**Checkredi of KY<br>406 Park Place<br>Lexington, KY 40544** | - | | | | **2005<br>fees** | | | | 90.00 |
| Account No.<br><br>**Cincinnati Bell<br>Collection Dept<br>P O Box 2301<br>Cincinnati, OH 45201** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 504.77 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **58,185.88**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.** _____,      Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Cincinnati Bell Any Distance**<br>**P O Box 748001**<br>**Cincinnati, OH 45274** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **52.22** |
| Account No.<br><br>**Cincinnati Bell Wireless**<br>**P O Box 741832**<br>**Cincinnati, OH 45274-1832** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **32.63** |
| Account No.<br><br>**Cincinnati Enquirer**<br>**312 Elm Street**<br>**Cincinnati, OH 45202-2754** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **1,263.47** |
| Account No.<br><br>**Cincinnati Machine -UNOVA, Inc**<br>**Dept CH 10603**<br>**Palatine, IL 60055-0603** | - | | | | **2004**<br>**Potential contingent liability from Kenker Box Company** | | | | **2,720.00** |
| Account No.<br><br>**Cinergy**<br>**PO Box 960**<br>**Cincinnati, OH 45201-0960** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **1,494.90** |

Sheet no. __**4**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **5,563.22**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5588378001085884** <br><br>**CitiBusiness Cards** <br>**P O Box 44230** <br>**Jacksonville, FL 32231-4230** | - | | **2005** <br>**Potential contingent liability with Club Z Cincinnati Inc.** | | | | **5,276.85** |
| Account No. <br><br>**City Dash** <br>**P O Box 75200** <br>**Cincinnati, OH 45275** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **6,577.30** |
| Account No. <br><br>**Crown Leasing** <br>**PO Box 640352** <br>**Cincinnati, OH 45264-0352** | - | | **2005** <br>**Potential contingent liability from Kenker Box Company** | | | | **32,454.76** |
| Account No. <br><br>**CSI Waste Services** <br>**11563 Mosteller Road** <br>**Cincinnati, OH 45241** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **2,773.61** |
| Account No. <br><br>**Custom Expedite** <br>**7115 Dillward Street** <br>**Suite 2** <br>**Cincinnati, OH 45216** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **2,326.93** |

Sheet no. __**5**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**49,409.45**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Raymond Edwin Warrick, Jr.** _____ ,     Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Norbert Doellman Jr**<br>**Atty for Bullington Lumber**<br>**P O Box 475**<br>**Hamilton, OH 45012** | - | | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**E & J Trailer Sales and Service**<br>**620 Wayne Park Drive**<br>**Cincinnati, OH 45215** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **11,551.92** |
| Account No.<br><br>**Electronic Document Service Inc**<br>**5933 Coachmont Drive**<br>**Fairfield, OH 45014** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **3,514.10** |
| Account No.<br><br>**Feldkamp Ent**<br>**3642 Muddy Creek**<br>**Cincinnati, OH 45238** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **109.55** |
| Account No.<br><br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45202** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | **9,097.55** |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,273.12**

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**GE Capital CPLC**<br>**P O Box 642752**<br>**Pittsburgh, PA 15264** | - | | | | **2001**<br>**Potential Contingent Liabilty from Kenker Box Company** | | | | 12,996.10 |
| Account No.<br><br>**Gem City Tire**<br>**3680 East Kemper Road**<br>**Cincinnati, OH 45241** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 185.59 |
| Account No. **5407-8902-6566-6729**<br><br>**GM Card**<br>**PO Box 80082**<br>**Salinas, CA 93912-0082** | - | | | | **RA 3/05**<br>**Goods and Cash Advances** | | | | 17,565.58 |
| Account No.<br><br>**Great American Leasing**<br>**625 First Street #800**<br>**Cedar Rapids, IA 52401** | - | | | | **2004**<br>**Potential contingent liability from Kenker Box Company** | | | | 13,504.80 |
| Account No.<br><br>**Hardigg Industries**<br>**P O Box 84-5355**<br>**Boston, MA 02284** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 4,803.52 |

Sheet no. __**7**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,055.59

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Raymond Edwin Warrick, Jr.** , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hoeltec Corporation<br>P O Box 2190<br>Brandon, FL 33509 | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 11.59 |
| Account No. 6035322017224431<br><br>Home Depot<br>P O Box 105981 Dept 51<br>Atlanta, GA 30353-5981 | - | | | | **2005**<br>**Potential contingent liability from Kenker Box Company** | | | | 7,499.79 |
| Account No.<br><br>Howe Fastener<br>11225 Sebring Drive<br>Cincinnati, OH 45240 | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 2,234.47 |
| Account No.<br><br>Huntington National Bank<br>P O Box 182519<br>Columbus, OH 43218 | - | | | | **2003**<br>**Potential Contingent Liabilty from Kenker Box Company** | | | | 24,311.05 |
| Account No.<br><br>Don Imhoff Jr<br>Atty for Sapphire Lumber<br>2 North main Street #603<br>Middletown, OH 45042 | - | | | | **Notice Only** | | | | 0.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,056.90

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.**                                      ,      Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Industrial Reporting**<br>**10244 Timber Ridge Drive**<br>**Ashland, VA 23005** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 300.00 |
| Account No.<br><br>**Ingersoll Rand(Steelcraft)**<br>**Div of Citi Capital Comm Corp**<br>**P O Box 6229**<br>**Carol Stream, IL 60197** | - | | **2005**<br>**Potential Contingent Liabilty from Kenker Box Company** | | | | 1,104.95 |
| Account No.<br><br>**J & S Leasing Company LLC**<br>**5122 Rialto Road**<br>**West Chester, OH 45069** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 19,792.79 |
| Account No.<br><br>**K & K Cleaning**<br>**2610 West Galbraith Road #C2**<br>**Cincinnati, OH 45239** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 350.00 |
| Account No.<br><br>**Linc Systems**<br>**P O Box 7086**<br>**Indianapolis, IN 46207** | - | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 5,441.49 |

Sheet no. _**9**__ of _**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         26,989.23

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.**                                      Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **749-93708-161-556**<br><br>**MBNA**<br>**PO Box 15137**<br>**Wilmington, DE 19886-5137** | - | | | | **RA 3/05**<br>**Goods and Cash Advances** | | | | 46,127.89 |
| Account No.<br><br>**MC Master Carr Supply Company**<br>**P O Box 7690**<br>**Chicago, IL 60680** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 570.72 |
| Account No.<br><br>**Mellott &  Mellott**<br>**36 East 4th Street**<br>**Suite 600**<br>**Cincinnati, OH 45202-3809** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 2,927.00 |
| Account No.<br><br>**Midwest Wood Specialists**<br>**2144 Jackson Road**<br>**Hamilton, OH 45011** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 9,575.88 |
| Account No.<br><br>**Millport Lumber**<br>**P O Box 407**<br>**Millport, AL 35576** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 11,301.52 |

Sheet no. _**10**_ of _**18**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,503.01

Form B6F - Cont.
(12/03)

In re **Raymond Edwin Warrick, Jr.** _____, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Potential Contingent Liabilty from Kenker Box Company | | | | |
| **Millwood Inc** **8208 South Kohler Road** **Apple Creek, OH 44606** | - | | | | | | | | **2,801.54** |
| Account No. | | | | | Potential Contingent Liabilty from Kenker Box Company | | | | |
| **Modern Office Methods** **4362 Creek Road** **Cincinnati, OH 45241** | - | | | | | | | | **516.28** |
| Account No. | | | | | 2003 Potential Contingent Liabilty from Kenker Box Company | | | | |
| **National City Bank** **6 North Main Street** **Dayton, OH 45412** | - | | | | | | | | **23,517.41** |
| Account No. | | | | | notice only | | | | |
| **NCO Financial Systems** **coll for Cincinnati Machine** **3850 Causeway Blvd., Suite 200** **Metairie, LA 70002** | - | | | | | | | | **0.00** |
| Account No. | | | | | Potential Contingent Liabilty from Kenker Box Company | | | | |
| **North Pacific** **P O Box Drawer 391** **Waynesboro, MS 39367** | - | | | | | | | | **6,892.84** |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,728.07**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.** _____,   Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Northern Safety**<br>**P O Box 4250**<br>**Utica, NY 13504** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 155.71 |
| Account No.<br><br>**Ohio Manufactureres directory**<br>**1633 Central Street**<br>**Evanston, IL 60201** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 146.02 |
| Account No.<br><br>**Omni Business Forms**<br>**4747 Devitt Drive**<br>**Cincinnati, OH 45246** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 15.32 |
| Account No.<br><br>**Pacific Trail**<br>**6532 SE Crosswhite Way**<br>**Portland, OR 97206** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 297.41 |
| Account No.<br><br>**Package Research Laboratory LLC**<br>**41 Plne Street Unit 35**<br>**Rockaway, NJ 07866** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 1,296.25 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,910.71

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.** _____,   Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Jack Painter<br>5820 Graves Lake Drive<br>Cincinnati, OH 45243 | - | | | Potential Contingent Liabilty from Kenker Box Company | | | | 56.00 |
| Account No.<br><br>Prolawn Proscape<br>11488 Deerfield Road<br>Cincinnati, OH 45242 | - | | | Potential Contingent Liabilty from Kenker Box Company | | | | 1,822.71 |
| Account No.<br><br>Quill Corporation<br>P O Box 94081<br>Palatine, IL 60094 | - | | | Potential Contingent Liabilty from Kenker Box Company | | | | 63.26 |
| Account No.<br><br>R & S Lumber<br>899 N Nelson Road<br>P O Box 361041<br>Columbus, OH 44336 | - | | | Potential Contingent Liabilty from Kenker Box Company | | | | 5,172.77 |
| Account No. 8594916969<br><br>Red Express<br>PO Box 932<br>Covington, KY 41012-0932 | - | | | 2005<br>Potential contingent liability from Kenker Box Company | | | | 210.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,324.74**

Form B6F - Cont.
(12/03)

In re  **Raymond Edwin Warrick, Jr.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Riverside Forest Products**<br>**P O Box 211663**<br>**Augusta, GA 30917** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 3,146.36 |
| Account No.<br><br>**Durk Rorie**<br>**7915 Loneoak Drive**<br>**Cincinnati, OH 45243** | - | | | | **2003**<br>**loan & personal guarantor at 5/3** | | | | 40,000.00 |
| Account No.<br><br>**Rural Natural Gas Company**<br>**P O Box 18520**<br>**Fairfield, OH 45018** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 1,416.36 |
| Account No.<br><br>**Sams Club**<br>**P O Box 105980 Dept 77**<br>**Atlanta, GA 30348-5980** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 649.69 |
| Account No.<br><br>**Sapphire Lumber**<br>**P O Box 1466**<br>**Hamilton, MT 59840** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 9,874.40 |
| Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | | | **55,086.81** |

Form B6F - Cont.
(12/03)

In re  **Raymond Edwin Warrick, Jr.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential Contingent Liabilty from Kenker Box Company | | | | |
| Sayre Company 1243 Tennessee Avenue Cincinnati, OH 45229 | - | | | | | | 45.19 |
| Account No. | | | Potential Contingent Liabilty from Kenker Box Company | | | | |
| Schaefer Box 11875 Paddys Run Road Hamilton, OH 45013 | - | | | | | | 2,900.40 |
| Account No. | | | 2005 Potential contingent liability from Kenker Box Company | | | | |
| Specialty Wood Products 4535 Port Union Road Hamilton, OH 45011 | - | | | | | | 9,238.11 |
| Account No. | | | Potential Contingent Liabilty from Kenker Box Company | | | | |
| Speedway Super America LLC P O Box 740587 Cincinnati, OH 45274 | - | | | | | | 746.14 |
| Account No. | | | 2005 Potential contingent liability from Kenker Box Company | | | | |
| Staples Credit Plan P O Box 9020 Des Moines, IA 50368-9020 | - | | | | | | 33.08 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,962.92**

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Sure Thing Pest Control**<br>**11541 Goldcoast Drive**<br>**Cincinnati, OH 45249** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 91.96 |
| Account No.<br><br>**Gary Thompson**<br>**coobligor at 5/3rd**<br>**7900 Graves Road**<br>**Cincinnati, OH 45243** | - | | | | NOTICE ONLY | | | | 0.00 |
| Account No.<br><br>**Tuscaloosa Forest**<br>**P O Box 70756**<br>**Tuscaloosa, AL 35407** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 8,503.04 |
| Account No.<br><br>**Ulmer and Berne**<br>**600 Vine #2800**<br>**Cincinnati, OH 45202** | - | | | | RA 7/05<br>Service | | | | 10,000.00 |
| Account No.<br><br>**United Lumber & Remanufacting LLC**<br>**980 Ford Road**<br>**Muscle Shoals, AL 35661** | - | | | | Potential Contingent Liabilty from Kenker Box Company | | | | 3,324.96 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         21,919.96

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Raymond Edwin Warrick, Jr.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **a7735x**<br><br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | - | | | | **2005**<br>**Potential contingent liability from Kenker Box Company** | | | | 3,324.96 |
| Account No.<br><br>**Universal Forest**<br>**33373 Treasurery Center**<br>**Chicago, IL 60694** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 11,413.47 |
| Account No.<br><br>**Viking Office Products**<br>**P O Box 30488**<br>**Los Angeles, CA 90030-0488** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 88.69 |
| Account No.<br><br>**Wappoo Wood Products Inc**<br>**P O Box 39**<br>**Piqua, OH 45356** | - | | | | **Potential Contingent Liabilty from Kenker Box Company** | | | | 37,504.40 |
| Account No.<br><br>**Lynnette Warrick**<br>**8165 Startinggate Lane**<br>**Cincinnati, OH 45249** | - | | | | **2005**<br>**Potential contingent liability from Kenker Box Company** | | | | 40,000.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,331.52

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Raymond Edwin Warrick, Jr.**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Wellman Container 4274 Thunderbird Lane Fairfield, OH 45014 | - | | Potential Contingent Liabilty from Kenker Box Company | | | | 826.20 |
| Account No.  Westaff P O Box 952372 Saint Louis, MO 63195 | - | | Potential Contingent Liabilty from Kenker Box Company | | | | 3,351.81 |
| Account No.  Wheatley Electric Service 2046 Ross Avenue Cincinnati, OH 45212 | - | | Potential Contingent Liabilty from Kenker Box Company | | | | 368.00 |
| Account No.  Zep Manufacturing 13237 Collections Center Drive Chicago, IL 60693 | - | | Potential Contingent Liabilty from Kenker Box Company | | | | 264.60 |
| Account No. | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 4,810.61 |
| Total (Report on Summary of Schedules) | 674,626.68 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Raymond Edwin Warrick, Jr.**            ,    Case No. _____

                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
|  |  |

    **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Raymond Edwin Warrick, Jr.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Lynette Warrick** | **ABN AMRO** |

__0__  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6I
(12/03)

In re  **Raymond Edwin Warrick, Jr.**                                        Case No. _____
                                   Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Not working- Part time** | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | N/A |
| Estimated monthly overtime | $ | 0.00 | $ | N/A |
| SUBTOTAL | $ | 0.00 | $ | N/A |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify) | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | N/A |
| Income from real property | $ | 0.00 | $ | N/A |
| Interest and dividends | $ | 0.00 | $ | N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| Pension or retirement income | $ | 0.00 | $ | N/A |
| Other monthly income (Specify) | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| TOTAL MONTHLY INCOME | $ | 0.00 | $ | N/A |

TOTAL COMBINED MONTHLY INCOME        $ _____ 0.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

   **Debtor has no income at this time.  All living expenses are paid by his wife.**

In re  **Raymond Edwin Warrick, Jr.** _____   Case No. _____
                                              Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,500.00 |
| Are real estate taxes included?  Yes **X**  No ___ | | |
| Is property insurance included?  Yes **X**  No ___ | | |
| Utilities:   Electricity and heating fuel | $ | 250.00 |
| Water and sewer | $ | 40.00 |
| Telephone | $ | 150.00 |
| Other  **cable** | $ | 60.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 350.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 150.00 |
| Transportation (not including car payments) | $ | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 80.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 180.00 |
| Health | $ | 0.00 |
| Auto | $ | 100.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Sales Taxe** | $ | 400.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 0.00 |
| Other  **Wifes debts** | $ | 750.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 5,700.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N/A |
| B.  Total projected monthly expenses | $ | N/A |
| C.  Excess income (A minus B) | $ | N/A |
| D.  Total amount to be paid into plan each _____ | $ | N/A |
| (interval) | | |

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Raymond Edwin Warrick, Jr.** _____  Case No. _____

Debtor(s)  Chapter  **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **33** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 13, 2005** _____  Signature  **/s/ Raymond Edwin Warrick, Jr.** _____

**Raymond Edwin Warrick, Jr.**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Raymond Edwin Warrick, Jr.**                                         Case No.  _____

                                       Debtor(s)        Chapter  **7**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$0.00** | **05-$36,000** |
| | **04-$15,000** |
| | **03-$15,000** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

2

### 3. Payments to creditors

None
■    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- | --- |

3

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Goering & Goering** **220 West Third Street** **Cincinnati, OH 45202** | **10/03/05** **10/10/05** | **$2,991** |

**10. Other transfers**

None
☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Third party** | | **Debtor sold his 1/2 interest in 215 shares of Sara Lee & 45 shares of Tyson for the FMV of approx. 4,800. The debtors 1/2 interest was used to pay living expenses.** |

**11. Closed financial accounts**

None
■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

4

### 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **US Bank** | **Debtor and Lynnette Warrick** | **Misc. Papers/wills** | |
| **Fifth Third** | **debtor & wife** | **misc. papers & wills** | **10/05** |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

5

None
■
  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kenker Box Company** | | **9405 Sutton Place Hamilton, OH 45011** | **Pallet & Box Maker** | **3/00 to 9/05** |
| **Warben Enterprises Group Inc** | | **8165 Startingate Lane Cincinnati, OH 45249** | **Consulting** | **3/00 to 2005** |
| **Cincinnati Education Company** | | **8165 Startingate Lane Cincinnati, OH 45249** | **Learning Center** | **2001 to current** |
| **Club Z Cincinnati Inc** | | **10979 Reed Hartmann Cincinnati, OH 45242** | **Private Tudors** | **4/00 to current** |

None
■
  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

6

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mallott & Mallott** | **2000 -to- current** |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

7

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **October 13, 2005**                    Signature   **/s/ Raymond Edwin Warrick, Jr.**

**Raymond Edwin Warrick, Jr.**

Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Raymond Edwin Warrick, Jr.**                            Case No. _____

                                         Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................. | $      **2,991.00** |
| Prior to the filing of this statement I have received.................................................... | $      **2,991.00** |
| Balance Due.................................................................................................................. | $      **0.00** |

2.   $ **209.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■      Debtor          ☐      Other (specify):

4.   The source of compensation to be paid to me is:

     ■      Debtor          ☐      Other (specify):

5.   ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Any adversary proceeding, redemption litigation, real estate work, or other non-bankruptcy services.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 13, 2005**                     **/s/ Eric W. Goering**
                                              **Eric W. Goering**
                                                **Goering & Goering**
                                                **220 West Third Street**
                                                **Cincinnati, OH 45202**
                                                **(513) 621-0912**

3S Sales & Service
11278 Sebring Drive
Cincinnati OH 45240

A & M Industrial Wood Products
2855 Mill Creek Road
Sidney OH 45365

ABN AMRO Mortgage Co
2600 W Big Beaver Road
Troy MI 48084

Advanta
P O Box 30715
Salt Lake City UT 84130

Alpha Packaging
10345 South Medallion Drive
Cincinnati OH 45241

AM Shipping Supplies
7736 Reinhold Drive
Cincinnati OH 45237

American Express
P O Box 297814
Fort Lauderdale FL 33329

Aqua Perfect
P O Box 13604
Philadelphia PA 19101

B & B SAW
6071 Branch Holl Guinea Pike Suite D
Milford OH 45150

Bank America
P O Box 5270
Carol Stream IL 60197-5270

BGR Inc
6392 Grano Road
West Chester OH 45069

BlueLinx Corporation
P O Box 93560
Chicago IL 60673

Bond Electric
P O Box 18610
Erlanger KY 41018-0610

Brehob Corporation
P O Box 2023
Indianapolis IN 46206

Burlington Lumber Company
P O Box 150
Russellville AL 35653

Butler Country DES
130 High Street
Hamilton OH 45011

Butler County Treasurer
315 High Street
10th Fl
Hamilton OH 45011

Capital One Bank
PO Box 26094
Richmond VA 23260

Chase
P O Box 15904
Wilmington DE 19886-5904

Checkredi of KY
406 Park Place
Lexington KY 40544

Cincinnati Bell
Collection Dept
P O Box 2301
Cincinnati OH 45201

Cincinnati Bell Any Distance
P O Box 748001
Cincinnati OH 45274

Cincinnati Bell Wireless
P O Box 741832
Cincinnati OH 45274-1832

Cincinnati Enquirer
312 Elm Street
Cincinnati OH 45202-2754

Cincinnati Machine -UNOVA, Inc
Dept CH 10603
Palatine IL 60055-0603

Cinergy
PO Box 960
Cincinnati OH 45201-0960

CitiBusiness Cards
P O Box 44230
Jacksonville FL 32231-4230

City Dash
P O Box 75200
Cincinnati OH 45275

Crown Leasing
PO Box 640352
Cincinnati OH 45264-0352

CSI Waste Services
11563 Mosteller Road
Cincinnati OH 45241

Custom Expedite
7115 Dillward Street
Suite 2
Cincinnati OH 45216

Norbert Doellman Jr
Atty for Bullington Lumber
P O Box 475
Hamilton OH 45012

E & J Trailer Sales and Service
620 Wayne Park Drive
Cincinnati OH 45215

Electronic Document Service Inc
5933 Coachmont Drive
Fairfield OH 45014

Feldkamp Ent
3642 Muddy Creek
Cincinnati OH 45238

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati OH 45202

GE Capital CPLC
P O Box 642752
Pittsburgh PA 15264

Gem City Tire
3680 East Kemper Road
Cincinnati OH 45241

GM Card
PO Box 80082
Salinas CA 93912-0082

Great American Leasing
625 First Street #800
Cedar Rapids IA 52401

Hardigg Industries
P O Box 84-5355
Boston MA 02284

Hoeltec Corporation
P O Box 2190
Brandon FL 33509

Home Depot
P O Box 105981 Dept 51
Atlanta GA 30353-5981

Howe Fastener
11225 Sebring Drive
Cincinnati OH 45240

Huntington National Bank
P O Box 182519
Columbus OH 43218

Don Imhoff Jr
Atty for Sapphire Lumber
2 North main Street #603
Middletown OH 45042

Industrial Reporting
10244 Timber Ridge Drive
Ashland VA 23005

Ingersoll Rand(Steelcraft)
Div of Citi Capital Comm Corp
P O Box 6229
Carol Stream IL 60197

J & S Leasing Company LLC
5122 Rialto Road
West Chester OH 45069

K & K Cleaning
2610 West Galbraith Road #C2
Cincinnati OH 45239

Linc Systems
P O Box 7086
Indianapolis IN 46207

Lynnette Warrick
Coobligor at ABNAMRO
8165 Startinggate Lane
Cincinnati OH 45249

Jeremy Mason
11340 Montgomery Road
Suite 210
attorney for 5/3rd
Cincinnati OH 45249

MBNA
PO Box 15137
Wilmington DE 19886-5137

MC Master Carr Supply Company
P O Box 7690
Chicago IL 60680

Mellott &  Mellott
36 East 4th Street
Suite 600
Cincinnati OH 45202-3809

Midwest Wood Specialists
2144 Jackson Road
Hamilton OH 45011

Millport Lumber
P O Box 407
Millport AL 35576

Millwood Inc
8208 South Kohler Road
Apple Creek OH 44606

Modern Office Methods
4362 Creek Road
Cincinnati OH 45241

National City Bank
6 North Main Street
Dayton OH 45412

NCO Financial Systems
coll for Cincinnati Machine
3850 Causeway Blvd., Suite 200
Metairie LA 70002

North Pacific
P O Box Drawer 391
Waynesboro MS 39367

Northern Safety
P O Box 4250
Utica NY 13504

Ohio Manufactureres directory
1633 Central Street
Evanston IL 60201

Omni Business Forms
4747 Devitt Drive
Cincinnati OH 45246

Pacific Trail
6532 SE Crosswhite Way
Portland OR 97206

Package Research Laboratory LLC
41 PIne Street Unit 35
Rockaway NJ 07866

Jack Painter
5820 Graves Lake Drive
Cincinnati OH 45243

Prolawn Proscape
11488 Deerfield Road
Cincinnati OH 45242

Quill Corporation
P O Box 94081
Palatine IL 60094

R & S Lumber
899 N Nelson Road
P O Box 361041
Columbus OH 44336

Red Express
PO Box 932
Covington KY 41012-0932

Riverside Forest Products
P O Box 211663
Augusta GA 30917

Durk Rorie
7915 Loneoak Drive
Cincinnati OH 45243

Rural Natural Gas Company
P O Box 18520
Fairfield OH 45018

Sams Club
P O Box 105980 Dept 77
Atlanta GA 30348-5980

Sapphire Lumber
P O Box 1466
Hamilton MT 59840

Sayre Company
1243 Tennessee Avenue
Cincinnati OH 45229

Schaefer Box
11875 Paddys Run Road
Hamilton OH 45013

Specialty Wood Products
4535 Port Union Road
Hamilton OH 45011

Speedway Super America LLC
P O Box 740587
Cincinnati OH 45274

Staples Credit Plan
P O Box 9020
Des Moines IA 50368-9020

State of Ohio
Department of Taxation
Attn: Bankruptcy Division
P O Box 530
Columbus OH 43266-0030

State of Ohio
Office of Attorney General
Attn: Bankruptcy Staff
101 East Town Street
Columbus OH 43215-5148

Sure Thing Pest Control
11541 Goldcoast Drive
Cincinnati OH 45249

Gary Thompson
coobligor at 5/3rd
7900 Graves Road
Cincinnati OH 45243

Tuscaloosa Forest
P O Box 70756
Tuscaloosa AL 35407

Ulmer and Berne
600 Vine #2800
Cincinnati OH 45202

United Lumber & Remanufacting LLC
980 Ford Road
Muscle Shoals AL 35661

United Parcel Service
Lockbox 577
Carol Stream IL 60132-0577

Universal Forest
33373 Treasurery Center
Chicago IL 60694

Viking Office Products
P O Box 30488
Los Angeles CA 90030-0488

Wappoo Wood Products Inc
P O Box 39
Piqua OH 45356

Lynnette Warrick
8165 Startinggate Lane
Cincinnati OH 45249

Wellman Container
4274 Thunderbird Lane
Fairfield OH 45014

Westaff
P O Box 952372
Saint Louis MO 63195

Wheatley Electric Service
2046 Ross Avenue
Cincinnati OH 45212

Zep Manufacturing
13237 Collections Center Drive
Chicago IL 60693