FORM 1

Page No:    1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

| Case No.: | 05-22107 | | Trustee Name: | E. Hanlin Bavely |
|---|---|---|---|---|
| Case Name: | WARRICK, Jr., RAYMOND EDWIN | | Date Filed (f) or Converted (c): | 10/13/2005 (f) |
| For the Period Ending: | 06/30/2007 | | §341(a) Meeting Date: | 01/06/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 8165 Startinggate Lane Cincinnati, OH 45249 | $480,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | Fifth Third Business checking - funds seized | $0.00 | $0.00 | DA | $0.00 | FA |
| 3 | Fifth Third Bank - checking | $10.00 | $0.00 | DA | $0.00 | FA |
| 4 | US Bank - checking | $100.00 | $0.00 | DA | $0.00 | FA |
| 5 | Fifth Third Bank - Business checking sized by bank | $0.00 | $0.00 | DA | $0.00 | FA |
| 6 | Household goods and furnishings | $1,535.00 | $0.00 | DA | $0.00 | FA |
| 7 | Wearing apparel | $200.00 | $0.00 | DA | $0.00 | FA |
| 8 | Rolex watch | $800.00 | $0.00 | DA | $0.00 | FA |
| 9 | .380 pistol | $0.00 | $0.00 | DA | $0.00 | FA |
| 10 | Banner Life Insurance - Term | $0.00 | $0.00 | DA | $0.00 | FA |
| 11 | Security-Connecticut Life Insurance (Term) | $0.00 | $0.00 | DA | $0.00 | FA |
| 12 | 100% owner Warben Enterprises Group Inc. - no assets | $0.00 | $0.00 | DA | $0.00 | FA |
| 13 | 70% owner Cincinnati Education Company | Unknown | $0.00 | DA | $0.00 | FA |
| 14 | 100% owner Kenker Box Company - debts exceed assets | $0.00 | $0.00 | DA | $0.00 | FA |
| 15 | 90% owner Club Z Cincinnati, Inc. | Unknown | $5,000.00 | | $5,000.00 | FA |
| 16 | Account receivable owed approx. $119,000 for Kenker Box Company (collectibility zero) | $0.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned                                    (u) | Unknown | Unknown | | $46.83 | Unknown |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $482,645.00 | $5,000.00 | | $5,046.83 | $0.00 |

**Major Activities affecting case closing:**

06/30/2006     Notice of Intent to Close has been filed.  Trustee will review Clerk certification and claims and continue with closing process.

06/30/2007     Trustee's review of claims prior to closing requires the filing of an objection to claims in this matter.  After objection is filed and order entered, Trustee will file his Final Report.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:   2

| | |
|---|---|
| **Case No.:** | 05-22107 |
| **Case Name:** | WARRICK, Jr., RAYMOND EDWIN |
| **For the Period Ending:** | 06/30/2007 |

| | |
|---|---|
| **Trustee Name:** | E. Hanlin Bavely |
| **Date Filed (f) or Converted (c):** | 10/13/2005 (f) |
| **§341(a) Meeting Date:** | 01/06/2006 |
| **Claims Bar Date:** | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.**<br>**DA=§ 554(c) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**   12/31/2006 | **Current Projected Date Of Final Report (TFR):**   12/31/2007 | /s/ E. HANLIN BAVELY |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 05-22107 | |
| **Case Name:** | WARRICK, Jr., RAYMOND EDWIN | |
| **Primary Taxpayer ID #:** | 766215138 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2006 | |
| **For Period Ending:** | 06/30/2007 | |

| | | |
|---|---|---|
| **Trustee Name:** | E. Hanlin Bavely | |
| **Bank Name:** | Sterling Bank | |
| **Money Market Acct #:** | 8192051297 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $2,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2006 | (15) | Raymond Edwin Warrick, Jr. | Compromise of debtor-equity in Club Z Cincinnati, Inc. | 1129-000 | $5,000.00 | | $5,000.00 |
| 02/28/2006 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.51 | | $5,001.51 |
| 03/31/2006 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.34 | | $5,003.85 |
| 04/28/2006 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.26 | | $5,006.11 |
| 05/31/2006 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.65 | | $5,008.76 |
| 06/30/2006 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.88 | | $5,011.64 |
| 07/31/2006 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.98 | | $5,014.62 |
| 08/31/2006 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.98 | | $5,017.60 |
| 09/29/2006 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.89 | | $5,020.49 |
| 10/31/2006 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.98 | | $5,023.47 |
| 11/30/2006 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.89 | | $5,026.36 |
| 12/29/2006 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.99 | | $5,029.35 |
| 01/31/2007 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.99 | | $5,032.34 |
| 02/28/2007 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.70 | | $5,035.04 |
| 03/30/2007 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.99 | | $5,038.03 |
| 04/30/2007 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.90 | | $5,040.93 |
| 05/31/2007 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $3.00 | | $5,043.93 |
| 06/29/2007 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.90 | | $5,046.83 |

| | | |
|---|---|---|
| **SUBTOTALS** | $5,046.83 | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 05-22107 | |
| **Case Name:** | WARRICK, Jr., RAYMOND EDWIN | |
| **Primary Taxpayer ID #:** | 766215138 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2006 | |
| **For Period Ending:** | 06/30/2007 | |

| | |
|---|---|
| **Trustee Name:** | E. Hanlin Bavely |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | 8192051297 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,046.83 | $0.00 | $5,046.83 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,046.83 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,046.83 | $0.00 | |

**For the period of  07/01/2006 to 06/30/2007**

| | |
|---|---|
| Total Compensable Receipts: | $35.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2006 to 06/30/2007**

| | |
|---|---|
| Total Compensable Receipts: | $5,046.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,046.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

3

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 05-22107 | |
| **Case Name:** | WARRICK, Jr., RAYMOND EDWIN | |
| **Primary Taxpayer ID #:** | 766215138 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2006 | |
| **For Period Ending:** | 06/30/2007 | |

| | | |
|---|---|---|
| **Trustee Name:** | E. Hanlin Bavely | |
| **Bank Name:** | Sterling Bank | |
| **Money Market Acct #:** | 8192051297 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $2,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check or Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $5,046.83 | $0.00 | $5,046.83 |

**For the period of 07/01/2006 to 06/30/2007**

| | |
|---|---|
| Total Compensable Receipts: | $35.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/13/2005 to 06/30/2007**

| | |
|---|---|
| Total Compensable Receipts: | $5,046.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,046.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |