# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In the matter of | Case No. **05-22107** |
| **RAYMOND WARRICK, Jr.** | Chapter 7 |
| Debtor(s) | Judge **Jeffery P. Hopkins** |

### FINAL REPORT AND ACCOUNT OF TRUSTEE
### APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
### EXPENSES, CLAIMS ANALYSIS, AND ABANDONMENTS

The petition commencing this case was filed on 10/13/2005, and the undersigned, E. Hanlin Bavely, was appointed as trustee or successor trustee on 10/13/2005. The trustee's bond is in the blanket bond amount or in the amount of $2,000,000.00.

Upon appointment, the trustee examined the debtor and investigated its financial affairs. The trustee took into his/her possession assets of the estate, that were administered, abandoned or to be abandoned as detailed on the attached updated Individual Estate Property Record and Report (UST Form 1) and Cash Receipts and Disbursement Record (UST Form 2).

Any property not previously abandoned and not administered will be abandoned, if no objection is filed, effective 30 days from the mailing of the Notice and Opportunity for Hearing on Applications for Compensation and Reimbursement of Expenses, Final Report and Account, Claims Analysis and Abandonments.

The trustee reports that funds were received and disbursed during his/her administration of this estate as detailed on the attached Cash Receipts and Disbursement Record (UST Form 2).

The trustee hereby petitions the Court for compensation in the amount of **$1,257.58** and expenses in the amount of **$156.98** for a total of **$1,414.56**. The trustee's statutory commission and itemization of expenses is attached to the document as Form 5-A.

The trustee certifies that all claims **subject to payment** have been examined and objections have been finally determined. The trustee's analysis of the claims is attached to this document in Form 5-B or 5-C.

The undersigned trustee certifies to the Court and United States Trustee, under penalty of perjury, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, including certification that all assets have been liquidated or properly accounted and that the funds of the estate are available for distribution. Therefore, the trustee requests that the Final Report and Account of Trustee, Application for Compensation and Reimbursement of Expenses, Claims Analysis and Abandonments be accepted.

Dated: <u>July 21, 2008</u>     /s/ E. Hanlin Bavely

E. Hanlin Bavely, Trustee
432 Walnut Street, Suite 850
Cincinnati, OH 45202
Bar No.: 0025868
Tel. No.: (513) 621-6621

### *REVIEWED BY UNITED STATES TRUSTEE*

*The Trustee's Final Report and account has been reviewed by the Office of the United States Trustee.*

*OFFICE OF THE UNITED STATES TRUSTEE*
*By:    /s/    Karen Gordon*
*KAREN GORDON, PARALEGAL*
*Office of the United States Trustee*

**Case Name: WARRICK, Jr., RAYMOND EDWIN**
**CaseNumber: 05-22107**

**FORM 5-A**

## TRUSTEE'S SUMMARY OF RECEIPTS, DISBURSEMENTS, AND PROPOSED DISTRIBUTIONS

|  | TOTAL | ALREADY PAID | PROPOSED TO BE PAID |
|---|---|---|---|
| TOTAL RECEIPTS (Actual & Constructive) (less) | $5,075.80 |  |  |
| Exemptions, Refunds, & Other Non-Compensable Distribution | $0.00 | $0.00 | $0.00 |
| Available for Distribution & Trustee Compensation | $5,075.80 |  |  |
| Maximum Trustee Compensation - § 326 | $1,257.58 | $0.00 | $1,257.58 |

| DISTRIBUTION TO CLAIMANTS |  | TOTAL CLAIMS | INTERIM PAYMENTS | PROPOSED DIVIDEND | % OF CLAIM |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Secured Claims |  |  |  |  |  |
| Priority Claims - Bankruptcy Code § 507 |  |  |  |  |  |
| (1) Administrative Expenses (§ 507(a)(1) (Itemized) |  |  |  |  |  |
| Trustee Expenses |  | $156.98 | $0.00 | $156.98 | 100.00% |
| Copies | $56.20 |  |  |  |  |
| Creditor Notice - Postage | $46.02 |  |  |  |  |
| Postage | $14.76 |  |  |  |  |
| Supplies | $40.00 |  |  |  |  |
| Attorney for Trustee Fees: |  |  |  |  |  |
| (a) To Trustee or Affiliated Firm |  |  |  |  |  |
| (b) Special Counsel & Other |  |  |  |  |  |
| All Other Professional Fees: |  |  |  |  |  |
| (a) To Trustee or Affiliated Firm |  |  |  |  |  |
| (b) To Other Than Trustee or Affiliate |  |  |  |  |  |
| Attorney for Trustee Expenses |  |  |  |  |  |
| Administrative Expenses from Prior Chapter |  |  |  |  |  |
| Court Costs: Notices/Claims/Fees/UST Fees |  |  |  |  |  |
| Other |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTAL EXPENSES OF ADMINISTRATION OTHER THAN TRUSTEE COMPENSATION** |  | $156.98 | $0.00 | $156.98 |  |
|  |  |  |  |  |  |
| (2) Wages, Salaries & Compensation (§507(a)(3) |  |  |  |  |  |
| (3) Tax Claims (§507(a)(8) |  | $33,108.67 | $0.00 | $3,661.24 | 11.06% |
| (4) Other Priority (§507(a)(2),(4)(5),(6),(7) or (9) |  |  |  |  |  |
|  |  |  |  |  |  |
| Unsecured Claims - §726(a)(2) |  |  |  |  |  |
| Unsecured Claims - §726(a)(3) |  |  |  |  |  |
| Claims Pursuant to - §726(a)(4) |  |  |  |  |  |
| Interest on Claims - §726(a)(5) |  | $0.00 | $0.00 | $0.00 | 0.00% |
|  |  |  |  |  |  |
| **TOTAL CLAIMS AND EXPENSES OTHER THAN TRUSTEE COMPENSATION** |  | $33,265.65 | $0.00 | $3,818.22 |  |
|  |  |  |  |  |  |
| Trustee Compensation |  | $1,257.58 | $0.00 | $1,257.58 | 100.00% |
|  |  |  |  |  |  |
| **TOTAL CLAIMS AND EXPENSES** |  | $34,523.23 | $0.00 | $5,075.80 |  |
|  |  |  |  |  |  |
| Surplus to Debtor - §726(a)(6) |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTAL CLAIMS AND EXPENSES AND SURPLUS** |  | $34,523.23 | $0.00 | $5,075.80 |  |

**Case Name: WARRICK, Jr., RAYMOND EDWIN**　　　　　　　　　　　　　　　　**FORM 5-B**
**CaseNumber: 05-22107**

# CLAIMS ANALYSIS
### (Long Form)

　　The time for filing claims in this case expired on <u>05/15/2006</u>. The trustee has examined ALL OF THE CLAIMS ON FILE THAT WILL BE SUBJECT TO PAYMENT and has made the following analysis:

**FIRST PRIORITY**
(Other Chapter Administrative Expenses)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

**SECOND PRIORITY**
(Claims arising after filing of involuntary petition but before entry of order for relief or appointment of trustee)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

**THIRD PRIORITY**
(Wage Claims 90 days prior to filing)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

**FOURTH PRIORITY**
(Contributions to Employee Benefit Plans, earned 180 days prior to filing, minus amounts paid as wage claims)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

**FIFTH PRIORITY**
(For persons storing grain or fishermen selling fish produce)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

## SIXTH PRIORITY
(Deposits on layaways on personal or household goods)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

## SEVENTH PRIORITY
(Alimony/Child Support)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

## EIGHT PRIORITY
(Tax Claims)

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
| 29 | OHIO DEPARTMENT OF TAXATION | $33,108.67 | $0.00 | $3,661.24 |  |
|  | TOTAL: | $33,108.67 | $0.00 | $3,661.24 |  |

## UNSECURED CLAIMS

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL: |  |  |  |  |

## UNSECURED TARDILY FILED CLAIMS

| Claim No. | Creditor Name | Claim Amount | *Interest Amount | Dividend Amount | ** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **TOTAL:** |  |  |  |  |

*Interest paid pursuant to 11 U.S.C. § 726(a)(5) at rate of 0.00% from 10/13/2005 to 07/21/2008. For interest rate please refer to 28 U.S.C. § 1961(b)

**Claims marked with ** have been disallowed in full pursuant to Court Order.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 05-22107 | | Trustee Name: | E. Hanlin Bavely |
| Case Name: | WARRICK, Jr., RAYMOND EDWIN | | Date Filed (f) or Converted (c): | 10/13/2005 (f) |
| For the Period Ending: | 7/21/2008 | | §341(a) Meeting Date: | 01/06/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  8165 Startinggate Lane Cincinnati, OH 45249 | $480,000.00 | $0.00 | OA | $0.00 | FA |
| 2  Fifth Third Business checking - funds seized | $0.00 | $0.00 | DA | $0.00 | FA |
| 3  Fifth Third Bank - checking | $10.00 | $0.00 | DA | $0.00 | FA |
| 4  US Bank - checking | $100.00 | $0.00 | DA | $0.00 | FA |
| 5  Fifth Third Bank - Business checking sized by bank | $0.00 | $0.00 | DA | $0.00 | FA |
| 6  Household goods and furnishings | $1,535.00 | $0.00 | DA | $0.00 | FA |
| 7  Wearing apparel | $200.00 | $0.00 | DA | $0.00 | FA |
| 8  Rolex watch | $800.00 | $0.00 | DA | $0.00 | FA |
| 9  .380 pistol | $0.00 | $0.00 | DA | $0.00 | FA |
| 10  Banner Life Insurance - Term | $0.00 | $0.00 | DA | $0.00 | FA |
| 11  Security-Connecticut Life Insurance (Term) | $0.00 | $0.00 | DA | $0.00 | FA |
| 12  100% owner Warben Enterprises Group Inc. - no assets | $0.00 | $0.00 | DA | $0.00 | FA |
| 13  70% owner Cincinnati Education Company | Unknown | $0.00 | DA | $0.00 | FA |
| 14  100% owner Kenker Box Company - debts exceed assets | $0.00 | $0.00 | DA | $0.00 | FA |
| 15  90% owner Club Z Cincinnati, Inc. | Unknown | $5,000.00 | | $5,000.00 | FA |
| 16  Account receivable owed approx. $119,000 for Kenker Box Company (collectibility zero) | $0.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned | (u) | Unknown | Unknown | | $75.80 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$482,645.00     $5,000.00     $5,075.80     $0.00

**Major Activities affecting case closing:**

06/30/2006   Notice of Intent to Close has been filed.  Trustee will review Clerk certification and claims and continue with closing process.

06/30/2007   Trustee's review of claims prior to closing requires the filing of an objection to claims in this matter.  After objection is filed and order entered, Trustee will file his Final Report.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 05-22107 | Trustee Name: | E. Hanlin Bavely |
| Case Name: | WARRICK, Jr., RAYMOND EDWIN | Date Filed (f) or Converted (c): | 10/13/2005 (f) |
| For the Period Ending: | 7/21/2008 | §341(a) Meeting Date: | 01/06/2006 |
| | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR): 12/31/2006     Current Projected Date Of Final Report (TFR): 07/21/2008

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-22107 | Trustee Name: | E. Hanlin Bavely |
|---|---|---|---|
| Case Name: | WARRICK, Jr., RAYMOND EDWIN | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 766215138 | Checking Acct #: | 8192051297 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CK |
| For Period Beginning: | 10/13/2005 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 7/21/2008 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2006 | (15) | Raymond Edwin Warrick, Jr. | Compromise of debtor-equity in Club Z Cincinnati, Inc. | 1129-000 | $5,000.00 | | $5,000.00 |
| 02/28/2006 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.51 | | $5,001.51 |
| 03/31/2006 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.34 | | $5,003.85 |
| 04/28/2006 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.26 | | $5,006.11 |
| 05/31/2006 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.65 | | $5,008.76 |
| 06/30/2006 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.88 | | $5,011.64 |
| 07/31/2006 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.98 | | $5,014.62 |
| 08/31/2006 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.98 | | $5,017.60 |
| 09/29/2006 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.89 | | $5,020.49 |
| 10/31/2006 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.98 | | $5,023.47 |
| 11/30/2006 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.89 | | $5,026.36 |
| 12/29/2006 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.99 | | $5,029.35 |
| 01/31/2007 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.99 | | $5,032.34 |
| 02/28/2007 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.70 | | $5,035.04 |
| 03/30/2007 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.99 | | $5,038.03 |
| 04/30/2007 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.90 | | $5,040.93 |
| 05/31/2007 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $3.00 | | $5,043.93 |
| 06/29/2007 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.90 | | $5,046.83 |
| 07/31/2007 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.00 | | $5,049.83 |
| 08/31/2007 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $3.00 | | $5,052.83 |
| 09/28/2007 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.74 | | $5,055.57 |
| 10/31/2007 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.58 | | $5,058.15 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.49 | | $5,060.64 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.58 | | $5,063.22 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.45 | | $5,065.67 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.01 | | $5,067.68 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.97 | | $5,069.65 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.66 | | $5,071.31 |
| | | | SUBTOTALS | | $5,071.31 | $0.00 | |

**FORM 2**
Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-22107 | | Trustee Name: | E. Hanlin Bavely |
| --- | --- | --- | --- | --- |
| Case Name: | WARRICK, Jr., RAYMOND EDWIN | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 766215138 | | Checking Acct #: | 8192051297 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CK |
| For Period Beginning: | 10/13/2005 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 7/21/2008 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.72 | | $5,073.03 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.66 | | $5,074.69 |
| 07/21/2008 | (INT) | Sterling Bank | Interest Posted While Changing To Checking Account | 1270-000 | $1.11 | | $5,075.80 |

|  |  |  |
| --- | --- | --- |
| **TOTALS:** | $5,075.80 | $0.00 | $5,075.80 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $5,075.80 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $5,075.80 | $0.00 | |

| For the period of 10/13/2005 to 7/21/2008 | | For the entire history of the account between 02/07/2006 to 7/21/2008 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $5,075.80 | Total Compensable Receipts: | $5,075.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,075.80 | Total Comp/Non Comp Receipts: | $5,075.80 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-22107 | | | Trustee Name: | E. Hanlin Bavely |
|---|---|---|---|---|---|
| Case Name: | WARRICK, Jr., RAYMOND EDWIN | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 766215138 | | | Checking Acct #: | 8192051297 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CK |
| For Period Beginning: | 10/13/2005 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 7/21/2008 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,075.80 | $0.00 | $5,075.80 |

**For the period of 10/13/2005 to 7/21/2008**

| | |
|---|---|
| Total Compensable Receipts: | $5,075.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,075.80 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/13/2005 to 7/21/2008**

| | |
|---|---|
| Total Compensable Receipts: | $5,075.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,075.80 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |