**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In the matter of | Case No. **05-22107** |
| **RAYMOND WARRICK, Jr.** | Chapter 7 |
| Debtor(s) | Judge **Jeffery P. Hopkins** |

### FINAL ACCOUNT AND APPLICATION FOR DISCHARGE OF TRUSTEE, RELEASE OF SURETY AND CLOSING OF THE ESTATE

The trustee certifies, under penalty of perjury, to the Court and the United States Trustee that all estate funds have been distributed and dividends disbursed in accordance with the dividend distribution report (Form 5-A), all checks have been negotiated as evidenced by the attached bank statement and cancelled checks or the remaining estate monies have been paid into the court and the estate has been fully administered.

**WHEREFORE**, the case trustee certifies, under penalty of perjury, that this estate has been fully administered and no funds or assets of this estate remain, within the purview and meaning of Section 350 of the United States Bankruptcy Code.

**THEREFORE**, the trustee requests that pursuant to FRBP 5009 that the statutory duties delineated in Section 704 of the United States Bankruptcy Code be deemed discharged, that the surety on the bond of the trustee be released with respect to this case except for any liability which may have accrued prior to this date and that this Court enter an order closing this estate.

Dated:   12/10/2008          /s/ E. Hanlin Bavely
                             E. Hanlin Bavely, Trustee
                             432 Walnut Street, Suite 850
                             Cincinnati, OH 45202
                             Bar No.: 0025868
                             Tel. No.: (513) 621-6621

### *REVIEWED BY THE UNITED STATES TRUSTEE*

*The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the Amended Memorandum of Understanding dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.*

*OFFICE OF THE UNITED STATES TRUSTEE*
*By:_____*
*Robin R. Wallace*
*Office of the United States Trustee*

**Sterling Bank**
www.banksterling.com
PLEASE EXAMINE AT ONCE. IT IS YOUR RESPONSIBILITY TO REPORT ANY ERRORS WITHIN 15 CALENDAR DAYS.
713-466-8300  OR  1-888-777-8735

CLOSING

Page:     1

TRUSTEE PERSONAL

EST RAYMOND EDWIN WARRICK JR DEBTOR         Account Number:      8192051297
E HANLIN BAVELY TRUSTEE                     Statement Date:        10/31/08
CHAPTER 7 CASE NO 05-22107                  Checks/Items Enclosed:       3
432 WALNUT ST STE 850
CINCINNATI OH 45202-3914                    Office - 140

STATEMENT SUMMARY

CHECKING                                                      .00

TRUSTEE PERSONAL          EST RAYMOND EDWIN WARRICK JR DEBTOR      Acct  8192051297
                          E HANLIN BAVELY TRUSTEE
                          CHAPTER 7 CASE NO 05-22107

        Beginning Balance       10/01/08           5,075.80
        Deposits / Misc Credits        0                 .00
        Withdrawals / Misc Debits      3           5,075.80
     ** Ending Balance          10/31/08                .00  **
        Service Charge                                  .00

        Average Balance                             2,850
        Average Collected Balance                   2,850
        Minimum Balance                                 0
        Enclosures                                      3

- - - - - - - - - - - - -       PAID CHECKS                - - - - - - - - - - - -
                         * indicates skip in check numbers
 Date   Check No.     Amount   Date   Check No.       Amount  Date   Check No.      Amount
10/10      1001       156.98  10/09      1002       1,257.58 10/22      1003      3,661.24


- - - - - - - - - - - -      DAILY BALANCE SUMMARY          - - - - - - - - - - - -

 Date      Balance           Date       Balance             Date          Balance
10/09     3,818.22          10/10      3,661.24            10/22              .00



FDIC
NOTICE: SEE REVERSE SIDE FOR HELPFUL INFORMATION
SB#09280800001 3/08